RYAN S. FIFE (SBN 235000)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: ryan.fife@dbr.com

DOUGLAS J. MORRISSEY
ELENIUS FROST & WALSH
333 So. Wabash Avenue, 25th Floor
Chicago, Illinois 60604
Telephone: (312) 822-5056
Facsimile: (312) 817-2486
Email: douglas.morrissey@cna.com

Attorneys for Defendant
Continental Casualty Company

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE ROSOVE, an incompetent adult by and through her Guardian ad Litem, Michael Rosove, M.D.,<br><br>          Plaintiff,<br><br>     vs.<br><br>CONTINENTAL CASUALTY COMPANY, and Does 1 through 10,<br><br>          Defendants. | Case No. 2:14-CV-01118-CAS-CW<br><br>[PROPOSED] ORDER RE: DISMISSAL |

ACTIVE/ 76141401.1

# **O R D E R**

The parties have advised the Court of their agreement to settle this matter, and have filed Joint Stipulations to vacate the Court's June 2, 2014, Order on Defendant's Motion to Dismiss (Doc. 22), and to dismiss this matter as part of their settlement agreement.

The Court, having considered the Stipulations and being duly advised, and pursuant to Rules 54(b) and 60(b)(6) of the Federal Rules of Civil Procedure, now ORDERS that the Court's Entry on Defendant's Motion to Dismiss dated June 2, 2014, is hereby vacated.

The Court further ORDERS that this matter is dismissed in its entirety, with prejudice, and without costs to either party.

IT IS SO ORDERED.

Dated: December 3, 2014

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge